```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**MELISSA HENDERSON and DANA JONES**                              **PLAINTIFFS**

        **v.**                **Civil No. 11-5253**

**GLOBALLAB SOLUTIONS, INC.,**
**and TYLER FREEMAN, M.D.**                                      **DEFENDANTS**

## J U D G M E N T

On the 12th day of November, 2014, a jury was impaneled to hear the above captioned cause. After hearing the testimony of witnesses, viewing the documentary evidence, and receiving instructions of the Court, on November 13, 2014, the jury retired to consider its verdict. On November 14, 2014, the jury returned a verdict in favor of the plaintiffs on their claims of negligence against the defendants, GlobalLab Solutions, Inc., and Dr. Tyler Freeman. The jury awarded damages in the amount of Seven Hundred Seventy-Five Thousand Dollars ($775,000.00) in favor of the individual plaintiff Melissa Henderson. The jury awarded damages in the amount of Seven Hundred Seventy Thousand Dollars ($770,000.00) in favor of the individual plaintiff Dana Jones.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the individual plaintiff Melissa Henderson have judgment against the defendants, GlobalLab Solutions, Inc., and Dr. Tyler Freeman, for the sum of Seven Hundred Seventy-Five Thousand Dollars ($775,000.00), with interest thereon at the rate of .14% per annum from the date of this Judgment until same be paid, for all of which execution may

issue.

**IT IS FURTHER ORDERED AND ADJUDGED** that the individual plaintiff Dana Jones have judgment against the defendants, GlobalLab Solutions, Inc., and Dr. Tyler Freeman, for the sum of Seven Hundred Seventy Thousand Dollars ($770,000.00), with interest thereon at the rate of .14% per annum from the date of this Judgment until same be paid, for all of which execution may issue.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs are awarded reasonable taxable costs in the amount of One Thousand Nine Hundred Eighty-Four and 31/100 Dollars ($1,984.31).

**IT IS SO ORDERED,** this 21st day of November, 2014.

                                              /S/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**