IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MELISSA HENDERSON and
DANA JONES                                                                                    PLAINTIFFS

V.                                       CASE NO. 5:11-CV-05253

GLOBALLAB SOLUTIONS, INC. and
TYLER FREEMAN, MD                                                                    DEFENDANTS

### AMENDED AND SUBSTITUTED JUDGMENT AS TO DAMAGES

In light of the reasoning in the Court's Memorandum Opinion and Order (Doc. 150) of August 26, 2015, granting Defendants' alternative Motion for Remittitur, and today's filing of a Consent to Remittitur by All Plaintiffs (Doc. 151), **IT IS HEREBY ORDERED** that the Judgment (Doc. 133) as to damages, entered on November 21, 2014, is **VACATED**, and this Amended and Substituted Judgment is **ENTERED** as follows: Plaintiff Melissa Henderson shall have and recover from Defendants an award of damages in the amount of $243,589.00, plus interest accruing at a rate of 0.36% per annum[1] from this day until paid; and Plaintiff Dana Jones shall have and recover from Defendants an award of damages in the amount of $256,329.00, plus interest accruing at a rate of 0.36% per annum from this day until paid. In addition, Plaintiffs are awarded their costs, as previously ordered, in the sum of $1,984.31.

**IT IS SO ORDERED** on this 9th day of September, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] This rate is calculated in accordance with 28 U.S.C. § 1961(a) using the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment.